IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| CHESAPEAKE BANK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:10cv247 |
| JOSEPH GERRY CULLEN, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William D. Bayliss of the law firm Williams Mullen hereby notes his appearance as counsel for defendants Joseph Gerry Cullen, Logistics Associates of Wilmington, LLC and So Real Brands, LLC .

**JOSEPH GERRY CULLEN, LOGISTICS ASSOCIATES OF WILMINGTON, LLC AND SO REAL BRANDS, LLC**

By: _____"/s/"_____
William D. Bayliss, Esq.

William D. Bayliss, Esq. (VSB # 13741)
bbayliss@williamsmullen.com
Williams Mullen
1021 East Cary Street, 17th Floor
P.O. Box 1320
Richmond, VA 23218
Telephone No.: (804) 783-6459
Facsimile No.: (804) 783-6507
*Counsel for Defendant Cullen, Logistics and So Real Brands*

C E R T I F I C A T E

I hereby certify that on the 25th day of May, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Paul W. Jacobs, II Esq. (VSB # 16815)
> pjacobs@cblaw.com
> R. Braxton Hill, IV, Esq. (VSB # 41539)
> bhill@cblaw.com
> Belinda D. Jones, Esq. (VSB # 72169)
> bjones@cblaw.com
> Christian & Barton LLP
> 909 East Main Street, Suite 1200
> 804-697-4100
> Fax: 804-697-4112
> *Counsel for Plaintiff*

_____/s/_____
William D. Bayliss, Esq. (VSB# 13741)
bbayliss@williamsmullen.com
WILLIAMS MULLEN
Two James Center
1021 East Cary Street
P. O. Box 1320
Richmond, VA 23218-1320
Phone: 804.783.6459
Fax: 804.783.6507
*Counsel for Defendants*