IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHESAPEAKE BANK** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO.  3:10CV247-REP |
| : | |
| **JOSEPH GERRY CULLEN,** *et al.* : | |
| : | |
| Defendants. : | |

### NOTICE OF FILING

Plaintiff Chesapeake Bank, by counsel, hereby files the Supplemental Affidavit of R. Braxton Hill, IV, attached hereto as Exhibit 1, in further support of its Motion for Clerk's Entry of Default of Defendant Stromberg.

Dated:  June 14, 2010  Respectfully submitted,

CHESAPEAKE BANK

By Counsel

s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
Paul Wilbur Jacobs, II (VSB 16815)
pjacobs@cblaw.com
Belinda D. Jones (VSB 72169)
bjones@cblaw.com
CHRISTIAN & BARTON, LLP
909  East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112

*ATTORNEYS FOR CHESAPEAKE BANK*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

William D. Bayliss, Esq. (VSB 13741)
bbayliss@williamsmullen.com
Brendan David O'Toole
botoole@williamsmullen.com
Williams Mullen
Williams Mullen Center
200 South 10th Street
Richmond, Virginia 23219
Telephone:   (804) 420-6000
Facsimile:    (804) 420-6507

*Attorneys for Defendants Gerry Cullen,*
*Logistics and So Real Brands*

I further certify that I will mail the foregoing to:

| | |
|---|---|
| Jason D. Blemings<br>6725 Montgomery Ave.<br>Upper Darby, Pennsylvania 19082 | Bernard Stromberg<br>12 Greenview Lane<br>Havertown, Pennsylvania 19083 |
| Sarah C. Reimers, Esq. (VSB 72249)<br>ROETZEL & ANDRESS, LPA<br>1300 Eye Street, N.W.<br>Suite 400 East<br>Washington, DC 20005<br>Telephone: (202) 625-0600<br>Facsimile:  (202) 338-6340<br>sreimers@ralaw.com | David Hilton Wise (VSB 30828)<br>James P. Lukes (VSB 73752)<br>WISE LAW, PLC<br>11325 Random Hills Road, Suite 350<br>Fairfax, Virginia 22030<br>Tel:    (703) 934-6377<br>Fax:    (703) 934-6379<br>dwise@wiselawplc.com<br>jlukes@wiselawplc.com |
| *By Special Appearance, Attorney for*<br>*Defendant Michael Jud* | *By Special Appearance, Attorneys for*<br>*Defendants Thomas Haley, David Divan and*<br>*Chance Productions, Inc.* |

2

<u>s/ R. Braxton Hill, IV</u>
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: (804) 697-4100
Fax: (804) 697-4112

*ATTORNEY FOR CHESAPEAKE BANK*

1056572