IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHESAPEAKE BANK,

    Plaintiff,

v.                                    Civil Action No. 3:10cv247

JOSEPH GERRY CULLEN,
et al.,

    Defendants.

### ORDER

    Having reviewed the file, it is hereby ORDERED that defendants, Thomas Haley, David Divan and Chance Productions, Inc. shall file their Answers to the Complaint no later than June 30, 2010.

    It is so ORDERED.

                              /s/        REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: June 17, 2010