IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHESAPEAKE BANK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:10-cv-00247-REP |
| JOSEPH GERRY CULLEN, et al., | ) |
| Defendants. | ) |

### CONSENT ORDER ALLOWING DEFENDANT MICHAEL JUD AN ADDITIONAL EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

UPON CONSIDERATION of Defendant Michael Jud's request for an additional extension of time (30 days) in which to file pleadings or motions in response to the Complaint, and

UPON CONSIDERATION of Plaintiff Chesapeake Bank's consent to the requested relief, as evidenced by the signature of counsel below, and

UPON FURTHER CONSIDERATION that the parties are currently engaging in active discussions that may result in Plaintiff dismissing its claims against Defendant Jud, but Plaintiff has not yet had sufficient time to complete its decision making process, it is hereby

ORDERED that Defendant Michael Jud shall have through July 14, 2010 in which to file Answer and any other his/responsive pleading or motion under Fed. R. Civ. P. 12(b) in response to the Complaint, including a motion asserting lack of personal jurisdiction over him.

ENTERED this 17th day of June, 2010.



/s/ REP
The Hon. Robert E. Payne
~~United States Judge~~
United States District Judge

Richmond, Virginia

WE ASK FOR THIS:

_____
Sarah C. Reimers, Esq.
Virginia Bar Number 72249
Attorneys for Defendant Michael Jud
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, DC 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
sreimers@ralaw.com
*By Special Appearance*


SEEN AND AGREED:

_____
Paul Wilbur Jacobs, II
Virginia Bar Number 16815
Rowland Braxton Hill, IV
Virginia Bar Number 41539
Belinda D. Jones
Virginia Bar Number 72169
Attorneys for Plaintiff Chesapeake Bank
CHRISTIAN & BARTON, LLP
909 East Main Street
Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com
bhill@cblaw.com
bjones@cblaw.com

24160 \ 123335.0001